# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GUERRA,<br><br>      Plaintiff,<br><br>  vs.<br><br>PERFORMANT RECOVERY, INC.; and DOES 1 TO 10, inclusive,<br><br>      Defendants. | **Case No.  13-cv-00037-TJH**<br><br>**Honorable Terry J. Hatter, Jr.**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [JS-6]** |

## ORDER

IT IS SO ORDERED that all claims of Plaintiff JERRY GUERRA against Defendant PERFORMANT RECOVERY, INC.; and DOES 1 TO 10, inclusive, are dismissed, with prejudice. Plaintiff JERRY GUERRA and Defendant PERFORMANT RECOVERY, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 22, 2014

_____

Hon. Terry J. Hatter, Jr.

U. S. District Judge

Central District of California